UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALACRITECH, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CENTURYLINK COMMUNICATION, LLC ET AL, et al.,<br><br>　　　　　Defendants. | Case No. 17-mc-80034-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Nathanael Cousins for consideration of whether the case is related to *In Re: Alacritech, Inc.*, Case No. 5:17-mc-80033-NC.

**SO ORDERED.**

Dated: March 23, 2017

_____
SUSAN VAN KEULEN
United States Magistrate Judge